UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 99-8333-DMG (SKx)** | Date | November 6, 2018 |
|---|---|---|---|
| Title | *United States of America v. Kimberly A. Aiken* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER REQUIRING FURTHER FILING IN SUPPORT OF PLAINTIFF'S SECOND APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

On October 31, 2018, Plaintiff United States of America filed a second application for a writ of continuing garnishment pursuant to 28 U.S.C. § 3205(b). [Doc. # 14.] The application is required to include the "judgment debtor's name, social security number (if known), and last known address." 28 U.S.C. § 3205(b)(1). Plaintiff complies with the redaction requirements of Fed. R. Civ. P. 5.2 and Local Rule 5.2-1, by listing only the last four digits of the judgment debtor's Social Security Number and only the city and state of the judgment debtor's home address in its unsealed application. To comply with Section 3205(b)(1), however, Plaintiff shall file counsel's declaration under seal providing the judgment debtor's name, Social Security Number, and last known address.

Plaintiff's proposed writ of garnishment instructs the garnishee to release the subject properties directly to Plaintiff if no objection to Garnishee's answer or request for hearing is received by the Court within 20 days. Counsel is advised that the garnishee should not be so instructed. Instead, after the garnishee files an answer, if no objection or request for hearing is filed, Plaintiff shall apply to the Court for an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in the property in question. 28 U.S.C. § 3205(c)(7). Plaintiff shall provide the Court with an amended proposed writ of garnishment.

Accordingly, IT IS ORDERED that Plaintiff shall, forthwith, (1) file counsel's declaration under seal providing the above-mentioned information and (2) provide the Court with an amended proposed writ of garnishment.